# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

## FOURTH DISTRICT

**DAVID B. COHEN** and **CAROLYN COHEN** a/k/a **CAROLYN P. RAFF,**
Appellants,

v.

**DEUTSCHE BANK TRUST COMPANY AMERICAS,** As Trustee For
**RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED
PASS-THROUGH CERTIFICATES, SERIES 2006-QO10,**
Appellee.

No. 4D18-3736

[December 26, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald Hafele, Judge; L.T. Case No. 50-2008-CA-035125-XXXX-MB.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Nancy M. Wallace of Akerman, LLP, Tallahassee; and William P. Heller of Akerman LLP, Fort Lauderdale, for appellee Deutsche Bank Trust Company Americas, As Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO10.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***